146 A.3d 471

**JOHNSON, Michael Anthony**

v.

**STATE of Maryland**

**Pet. Docket No. 233, Sept. Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Reported below: 228 Md.App. 27, 137 A.3d 253.

Petition for writ of certiorari denied.

■

146 A.3d 472

**JOHNSON, Michael Avon**

v.

**STATE of Maryland**

**No. 271, Sept. Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 404, Sept. Term, 2015).

Petition for writ of certiorari denied.